Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Cayla J. Witty
Nevada Bar No. 12897
cayla.witty@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants Las Vegas*
*Veterinary Referral Center, LLC &*
*GSV Holding, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE SMEE,<br><br>       Plaintiff,<br><br>vs.<br><br>LAS VEGAS VETERINARY REFERRAL CENTER, LLC; GSV HOLDING, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>       Defendants. | Case No.:     2:26-cv-01417-GMN-EJY<br><br>**STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendants Las Vegas Veterinary Referral Center, LLC and GSV Holding, LLC ("Defendants") and Plaintiff Nicole Smee ("Plaintiff") hereby request that Defendants be granted an extension of time, up to and including June 30, 2026, to file their response to Plaintiff's Complaint (ECF. No. 1-2). The present deadline for Defendants to file their response is May 14, 2026. This is the parties' first request for an extension of time for Defendants to file their response.

Defendants respectfully request this extension because Plaintiff's Complaint is 33 pages long, is comprised of 353 paragraphs of allegations with factual assertions that date back to 2014, and asserts eleven (11) causes of action.  This extension is to provide Defendants with sufficient

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

time to fully research the facts and circumstances underlying this case, and prepare an appropriate response, and is not for purposes of delay. Good cause exists to extend the response deadline. Therefore, the parties respectfully request a 47-day extension of time up to and including June 30, 2026 for Defendants to file their response to Plaintiff's Complaint.

IT IS SO STIPULATED

DATED this 11th day of May, 2026.

GABROY MESSER

/s/ Christian Gabroy/
Christian Gabroy
Nevada Bar No. 8805
Kaine Messer
Nevada Bar No. 14240
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012

Attorneys for Plaintiff

DATED this 11th day of May, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Suzanne L. Martin
Suzanne L. Martin
Nevada Bar No. 8833
Cayla J. Witty
Nevada Bar No. 12897
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

Attorneys for Defendants Las Vegas Veterinary Referral Center, LLC & GSV Holding, LLC

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

May 11, 2026
_____
DATED

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800