Christian Gabroy
(#8805)
Kaine Messer
(#14240)
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:    (702) 259-7777
Fax:    (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*
*Nicole Smee*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NICOLE SMEE,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS VETERINARY REFERRAL CENTER, LLC; GSV HOLDING, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No: 2:26-cv-01417-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(First Request)** |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

It is hereby stipulated by and between Plaintiff Nicole Smee ("Plaintiff") and Defendants Las Vegas Veterinary Referral Center, LLC and GSV Holding, LLC (together "Defendants") (collectively, "the parties"), by and through their respective attorneys of record, that Plaintiff shall have an extension up to and including **July 28, 2026**, for Plaintiff to file her Response to Defendants' Motion to Dismiss (ECF No. 11). This stipulation is submitted per LR IA 6-1. Defendants filed their Motion to Dismiss on June 30, 2026 and Plaintiff's Response is currently due on July 14, 2026. *See* ECF No. 11. This is the first request for an extension to file Plaintiff's Response to Defendants' Motion to Dismiss.

This request is based upon the following:

<div style="margin-left">GABROY | MESSER<br>170 S. Green Valley Pkwy., Suite 280<br>Henderson, Nevada 89012<br>(702) 259-7777  FAX: (702) 259-7704</div>

1. Defendants filed their Motion to Dismiss on June 30, 2026. ECF No. 11.

2. Plaintiff's responsive pleading is currently due July 14, 2026. *See* ECF No. 11.

3. This is the first request for an extension of time for Plaintiff to file her response.

4. This request for extension is made in good faith and good cause supports the request.

5. For example, and unfortunately, Plaintiff's lead trial counsel has an invasive medical procedure under general anesthesia and additional body scans upcoming, requiring a great deal of counsel's time and attention.

6. Plaintiff has requested this extension and Defendants have graciously agreed.

7. Therefore, the parties agree that the deadline to file Plaintiff's Response to Defendants' Motion to Dismiss shall be extended from July 14, 2026 to **July 28, 2026.**

/ / /

**GABROY | MESSER**
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704

8.      No party is prejudiced by this request and this request is made in good faith and not for purposes of delay.

Dated this 10th day of July 2026.

GABROY | MESSER

By:  */s/ Christian Gabroy*
Christian Gabroy
(#8805)
Kaine Messer
(#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

Dated this 10th day of July 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Cayla J. Witty*
Suzanne L. Martin
(#8833)
Cayla J. Witty
(#12897)
10801 West Charleston Boulevard
Suite 500
Las Vegas, Nevada 89135
suzanne.martin@ogletreedeakins.com
cayla.witty@ogletreedeakins.com
*Attorneys for Defendants*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

Dated:  ____July 13, 2026_____

GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX:  (702) 259-7704

Page 3