Christian Gabroy
(#8805)
Kaine Messer
(#14240)
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel: (702) 259-7777
Fax: (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff Nicole Smee*

GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

NICOLE SMEE,

Plaintiff,

vs.

LAS VEGAS VETERINARY REFERRAL CENTER, LLC; GSV HOLDING, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,

Defendants.

Case No: 2:26-cv-01417-GMN-EJY

**JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**

**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)**

## <u>JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER</u>

All parties of record participated in the meeting required under Fed. R. Civ. P. 26(f), which was held on **July 21, 2026.** Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1, the parties hereby submit the following Discovery Plan and Scheduling Order.

1. **<u>Discovery Cut-Off Date.</u>** Defendants first removed this matter to federal court on May 7, 2026. *See* ECF No. 1. The parties request a discovery period of one hundred eighty (180) days from May 7, 2026. The discovery period, therefore, will close on **Tuesday, November 3, 2026**.

2. **<u>Amending the Pleadings and Adding Parties.</u>** The date for filing motions to amend the pleadings or to add parties shall be no later than ninety (90) days prior to the close of discovery, which is **Wednesday, August 5, 2026**.

3. **<u>Expert Witness Disclosures.</u>** The disclosure of any expert witnesses shall

be made sixty (60) days before the discovery cut-off date, which is **Friday, September 4, 2026**. The disclosures of any rebuttal experts shall be due 30 days after the initial disclosures of experts, which is **Monday, October 5, 2026** (October 4, 2026 falls on a Sunday). The requirements of Fed. R. Civ. P. 26(a)(2)(B) shall apply to any such disclosures.

4. **Dispositive Motions.** Dispositive motions shall be filed no later than thirty (30) days after the discovery cut-off date, which is **Thursday, December 3, 2026**.

5. **Pre-Trial Order.** The Joint Pre-Trial Order shall be filed no later than thirty (30) days after the date set for filing dispositive motions, which is **Monday, January 4, 2027** (January 2, 2027 falls on a Saturday). However, in the event that dispositive motions are filed, the date for filing the Joint Pre-Trial Order shall be suspended until thirty (30) days after a decision on the dispositive motion(s) or further order of the Court. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objection thereto shall be included in the Pre-Trial Order.

6. **Initial Disclosures.** The parties shall make their Initial Disclosures on or before **Tuesday, August 4, 2026,** as required by Fed. R. Civ. P. 26(a)(1)(A). No changes in the form or requirements for such disclosures are necessary.

7. **Discovery Subjects.** Discovery is permitted to the extent provided under the FRCP and the Local Rules, subject to any stipulated protective orders or electronic discovery protocols as entered in the case. Discovery does not need to be conducted in phases, limited, nor focused on particular issues. The parties further agree that discovery may be served upon the other side via electronic means (*i.e.*, email) to the email addresses then on file with the Court's CM/ECF filing system (referred to as "e-service"). Where discovery is served via e-service, the parties shall not be entitled to the benefit of the "three days" mailing rule applicable to discovery served by U.S. mail.

8. **Electronically Stored Information ("ESI").** The parties anticipate that they will be presenting evidence in an electronic format to jurors for the purposes of jury deliberations. The parties certify they have discussed whether they intend to present

GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

evidence in electronic format to jurors for the purpose of jury deliberations, but no stipulations have been reached at this time regarding providing discovery in an electronic format compatible with the Court's electronic jury evidence display system.

9. **Protection of Privileged/trial Preparation Material.** The parties prefer to handle these questions on an ad hoc basis as issues arrives, but the provisions of Fed. R. Civ. P. 26(b)(5)(B) shall apply.

10. **ADR Processes.** The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes, including an early neutral evaluation, in compliance with LR 26-1(b)(7). An Early Neutral Evaluation ("ENE") is currently scheduled on September 23, 2026 in this matter. *See* ECF No. 10. The parties look forward to participating in the ENE session and will endeavor to further devote resources toward efforts at resolution in the interim.

/ / /

GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

11. **<u>Alternative Form of Case Disposition:</u>** Pursuant to LR 26-1(b)(8), the parties certify that they met and conferred, and considered consent to trial by judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program, and do not consent thereto.

DATED this 24th day of July 2026.

GABROY | MESSER

By: */s/ Christian Gabroy*
Christian Gabroy
(#8805)
Kaine Messer
(#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
*Attorneys for Plaintiff*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Cayla J. Witty*
Suzanne L. Martin
(#8833)
Cayla J. Witty
(#12897)
10801 West Charleston Boulevard
Suite 500
Las Vegas, Nevada 89135
*Attorneys for Defendants*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

Dated: July 24, 2026

GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704