Christian Gabroy
(#8805)
Kaine Messer
(#14240)
GABROY | MESSER
The District at Green Valley Ranch
120 South Green Valley Parkway
Suite 294
Henderson, Nevada 89012
Tel: (702) 259-7777
Fax: (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff Nicole Smee*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

NICOLE SMEE,

Plaintiff,

vs.

LAS VEGAS VETERINARY REFERRAL CENTER, LLC; GSV HOLDING, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,

Defendants.

Case No: 2:26-cv-01417-GMN-EJY

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

/ / /



GABROY | MESSER
120 S. Green Valley Pkwy., Suite 294
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

**<u>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE</u>**

It is hereby stipulated by and between Plaintiff Nicole Smee ("Plaintiff") and Defendants Las Vegas Veterinary Referral Center, LLC and GSV Holding, LLC (together "Defendants"), by and through their respective counsel, that this action be dismissed with prejudice with each party to bear its own fees and costs.

DATED this 17th day of November 2026.

GABROY | MESSER

By: */s/ Christian Gabroy*
Christian Gabroy
(#8805)
Kaine Messer
(#14240)
The District at Green Valley Ranch
120 South Green Valley Parkway
Suite 294
Henderson, NV 89012
*Attorneys for Plaintiff*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Derek R. Noack*
Derek R. Noack
(#15074)
10801 West Charleston Boulevard
Suite 500
Las Vegas, Nevada 89135
*Attorney for Defendants*

**IT IS SO ORDERED:**

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COIURT

Dated: November 17, 2026

GABROY | MESSER
120 S. Green Valley Pkwy., Suite 294
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704